FROST et al. v. BANK OF FORDYCE. (Circuit Court of Appeals. Sixth Circuit. May 29, 1896.) No. 411. Error from the Circuit Court of the United States for the Eastern District of Michigan. Shepherd & Frierson, for plaintiffs in error. Elder & Milligan, for defendant in error. No opinion. Decree affirmed.

HOWARD v. JAMES, Warden of Penitentiary. (Circuit Court of Appeals, Sixth Circuit. February 4, 1896.) No. 338. Appeal from the Circuit Court of the United States for the Southern District of Ohio. L. T. M. Canada, for appellant. Harlan Cleveland, U. S. Atty., for appellee. No opinion. Decree affirmed.

SONNENTHEIL v. CHRISTIAN MOERLEIN BREWING CO. et al. (Circuit Court of Appeals, Fifth Circuit. November 24, 1896.) No. 472. Error to the Circuit Court of the United States for the Eastern District of Texas. Before PARDEE and McCORMICK, Circuit Judges, and SPEER, District Judge.

PER CURIAM. This case was heard at the last term, and the judgment of the circuit court affirmed. 75 Fed. 350. Before mandate issued, leave was given to file a petition for rehearing by the first day of this term. Such petition having been filed and considered, it is now ordered that the rehearing prayed for be, and the same is, denied.

Ex parte STIRLING CO. et al. (Circuit Court of Appeals, Sixth Circuit. June 15, 1896.) No. 435. Petition for Mandamus from the Northern District of Ohio. Henry W. Blodgett, Ephraim Banning, and Thomas Banning, for petitioner. Bakewell & Bakewell, for respondent. No opinion. Denied.

UNITED STATES ex rel. BISSELL CARPET–SWEEPER CO. v. SEV-ERENS. (Circuit Court of Appeals, Sixth Circuit. February 13, 1896.) No. 403. Petition for Mandamus from the Western District of Michigan. Taggart, Knappen & Denison, for petitioner. J. W. Champlin, for respondent. No opinion. Denied.